**Donald Curran, Acting Chief of Police Department of Aurora, Illinois; Donald Curran, Individually, and as Citizen and Taxpayer, of City of Aurora, Kane County, Illinois, Plaintiff-Appellee, v. Paul Egan, Individually, and as Mayor of City of Aurora, Illinois, Defendant-Appellant.**

**Gen. No. 10,799.**

Second District.

January 27, 1955.

Rehearing denied March 21, 1955.

Released for publication March 23, 1955.

Charles

A. Darling, for appellant; Richard L. Cooper, and Anthony F. Donat, of ·counsel; Thomas P. O'Malley, for appellee; Thomas P. O'Malley, and Donn E. Johnson, of counsel. Opinion by JUSTICE DOVE. Not to be published in full.